1  J. David Bournazian (SBN 186194)
   david.bournazian@troutmansanders.com
2  Michael E. McCarthy (SBN 301010)
   michael.mccarthy@troutmansanders.com
3  **TROUTMAN SANDERS LLP**
4  5 Park Plaza, Suite 1400
   Irvine, CA  92614-2545
5  Telephone:  949.622.2700
6  Attorneys for Defendants
   WAL-MART STORES, INC. and
7  WAL-MART REALTY COMPANY

8

9  Daniel Malakauskas (SBN 265903)
   daniel@malakauskas.com
10 **THE MALAKAUSKAS LAW FIRM**
   P.O. Box 7006
11 Stockton, CA 95267
   Telephone: 866.790.2242
12
13 Attorneys for Plaintiff
   FRANK SINGH

14           UNITED STATES DISTRICT COURT
15           CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  FRANK SINGH,<br>18             Plaintiff,<br>19      v.<br>20  WAL-MART STORES, INC., as<br>21  an entity and doing business as<br>    "Wal-Mart", WAL-MART<br>22  REALTY COMPANY, a Delaware<br>    Corporation, and DOES 1-10,<br>23  inclusive,<br>24             Defendants. | Case No.  5:17-cv-01912-SJO-SHK<br>Hon. S. James Otero<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS WAL-MART STORES, INC. AND WAL-MART REALTY COMPANY TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R. 8-3)**<br><br>Complaint Served:     September 29, 2017<br>Current Response Date:   October 20, 2017<br>New Response Date:   November 17, 2017 |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANK SINGH ("Plaintiff") on the one hand, and Defendants WAL-MART STORES, INC. and WAL-MART REALTY COMPANY (collectively "Wal-Mart") on the other hand, by and through their respective counsel, that pursuant to Central District of California Civil Local Rule 8-3, Wal-Mart shall have up to and including **November 17, 2017**, to respond to Plaintiff's initial complaint ("Complaint") filed in this action. |

IT IS FURTHER STIPULATED AND AGREED by and between Plaintiff and Wal-Mart that this Stipulation and the extension of time for Wal-Mart to respond to the Complaint shall be without prejudice to any claims, defenses or rights that either Plaintiff or Wal-Mart may have regarding the Complaint or any other matter.

Dated: October 18, 2017

TROUTMAN SANDERS LLP

By: */s/ J. David Bournazian*
  J. David Bournazian
  Michael E. McCarthy

Attorneys for Defendants
WAL-MART STORES, INC. and
WAL-MART REALTY COMPANY

Dated: October 18, 2017

THE MALAKAUSKAS LAW FIRM

By: */s/ Daniel Malakauskas*
  Daniel Malakauskas

Attorneys for Plaintiff
FRANK SINGH

## SIGNATURE ATTESTATION

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 18, 2017

By: */s/ J. David Bournazian*
  J. David Bournazian

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 1 -
STIPULATION TO EXTEND TIME FOR DEFENDANTS WAL-MART STORES, INC. AND WAL-MART REALTY COMPANY TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT