J. David Bournazian (SBN 186194)
david.bournazian@troutman.com
Michael E. McCarthy (SBN 301010)
michael.mccarthy@troutman.com
**TROUTMAN SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700

Attorneys for Defendants
WAL-MART STORES, INC. and
WAL-MART REALTY COMPANY

Daniel Malakauskas (SBN 265903)
daniel@malakauskas.com
**THE MALAKAUSKAS LAW FIRM**
7345 South Durango Drive, Suite B-107-240
Las Vegas, NV 89148
Telephone: 866.790.2242

Attorney for Plaintiff
FRANK SINGH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC., as an entity and doing business as "Wal-Mart"; WAL-MART REALTY COMPANY, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:17-cv-01912-SJO-SHK<br><br>Hon. S. James Otero<br><br>**JOINT STATUS REPORT IN ADVANCE OF APRIL 2, 2018 SCHEDULING CONFERENCE**<br><br>Hearing Date: April 2, 2018<br>Time: 8:30 a.m.<br>Courtroom: 10C<br><br>Complaint Filed: September 19, 2017<br>Trial Date: None |

JOINT STATUS REPORT IN ADVANCE OF APRIL 2, 2018 SCHEDULING CONFERENCE

1  Pursuant to the Court's Text Only Order on February 2, 2018 (ECF. No. 18) (the "Order"), Plaintiff FRANK SINGH ("Plaintiff") and Defendants WAL-MART STORES, INC. and WAL-MART REALTY COMPANY (collectively "Wal-Mart"), by and through their respective counsel, hereby submit the following Joint Report in advance of the Scheduling Conference set for April 2, 2018, at 8:30 a.m.

On January 31, 2018, Plaintiff filed a Notice of Settlement in this action requesting sixty (60) days to file a dismissal.

On February 2, 2018, the Court issued the Order stating that, "The Court is in receipt of the Notice of Settlement filed 1/31/2018 [ECF No. 16]. The Court CONTINUES the Scheduling Conference set for 2/5/2018 to 4/2/2018 at 8:30am and ORDERS the parties to file a Joint Status Report or Notice of Dismissal on or before 3/26/2018."

Between February 1, 2018 and the present, the parties have worked to prepare and finalize a settlement agreement between them. The parties recently finalized their agreement, which is being circulated for execution and funding.

The parties would like to avoid any additional expense, and therefore request that the Court (i) vacate the Scheduling Conference presently set for April 2, 2018; (ii) dismiss this action without prejudice at this time; and (iii) set a deadline of May 31, 2018, by which the parties must file a request to reopen the action or this action will be deemed dismissed with prejudice as of that date.

The Parties have filed a Proposed Order along with this Joint Report.

Dated: March 21, 2018          TROUTMAN SANDERS LLP

By: */s/ Michael E. McCarthy*
J. David Bournazian
Michael E. McCarthy
Attorneys for Defendants
WAL-MART STORES, INC. and
WAL-MART REALTY COMPANY

[*Signatures continued on following page*]

- 1 -

JOINT STATUS REPORT IN ADVANCE OF APRIL 2, 2018 SCHEDULING CONFERENCE

Dated:  March 21, 2018                    THE MALAKAUSKAS LAW FIRM

                                          By: */s/ Daniel Malakauskas*
                                              Daniel Malakauskas
                                              Attorney for Plaintiff
                                              FRANK SINGH

### **SIGNATURE ATTESTATION**

Pursuant to Central District of California Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this Joint Report is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 21, 2018                    TROUTMAN SANDERS LLP

                                          By: */s/ Michael E. McCarthy*
                                              J. David Bournazian
                                              Michael E. McCarthy
                                              Attorneys for Defendants
                                              WAL-MART STORES, INC. and
                                              WAL-MART REALTY COMPANY

- 2 -
JOINT STATUS REPORT IN ADVANCE OF APRIL 2, 2018 SCHEDULING CONFERENCE